JaVonne M. Phillips, Esq., SBN 187474
Matthew B. Learned, Esq., SBN 255499
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA  92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
EMC Mortgage Corporation as servicing agent for Citibank N.A. as Trustee for the
Certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates Series 2007-AR3, assigns and/or successors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No.    09-50595 E |
| | ) |
| Jesus Garcia | ) Chapter    13 |
| | ) |
| Debtor. | ) RS No.    MBL-3482 |
| | ) |
| | ) |
| | ) |
| | ) **MOTION FOR RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date:  11/18/09 |
| | ) Time: 10:00AM |
| | ) Ctrm: 3099 |
| | ) Place: 280 S. First Street |
| | )          San Jose, CA |
| | ) |
| | ) Judge: Roger L. Efremsky |
| | ) |
| | ) |
| | ) |
| | ) |

EMC Mortgage Corporation as servicing agent for Citibank N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates Series 2007-AR3, assigns and/or successors ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtor's property, commonly known as 2599 Lombard Avenue, San Jose, CA 95116, ("Property" herein).

As stated in the attached Declaration, the Debtor has failed to make nine (9) post-petition payments (2/09 through 10/09).

Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.

2. For an Order that the ten day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For attorneys' fees and costs incurred herein.

4. For such other relief as the Court deems proper.

///
///
///
///
///

File No. CA09-23844
Motion for Relief from Automatic Stay, Case No.09-50595 E

Case: 09-50595    Doc# 34    Filed: 10/27/09    Entered: 10/27/09 17:11:46    Page 2 of 3

5. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: October 27, 2009                McCarthy & Holthus, LLP


                                       By:  /s/ Matthew B. Learned
                                           Matthew B. Learned, Esq.
                                           Attorneys for Secured Creditor
                                           EMC Mortgage Corporation as servicing agent
                                           for Citibank N.A. as Trustee for the
                                           Certificateholders of Structured Asset
                                           Mortgage Investments II Trust 2007-AR3
                                           Mortgage Pass-Through Certificates Series
                                           2007-AR3, assigns and/or successors