1  JaVonne M. Phillips, Esq., SBN 187474
   Matthew B. Learned, Esq., SBN 255499
2  McCarthy & Holthus, LLP
   1770 Fourth Avenue
3  San Diego, California 92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

**The following constitutes
the order of the court. Signed December 28, 2009**

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

5  Attorney for: Secured Creditor,
   EMC Mortgage Corporation as servicing agent
6  for Citibank N.A. as Trustee for the Certificateholders
   of Structured Asset Mortgage Investments II Trust
7  2007-AR3 Mortgage Pass-Through Certificates Series
   2007-AR3, assigns and/or successors

8

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

14  In re:                          ) Case No. 09-50595 E
                                     )
15                                   ) Chapter   13
    Jesus Garcia                     )
16                                   )
                                     ) RS No.    MBL-3482
17           Debtor.                 )
                                     ) **ORDER ON MOTION FOR RELIEF**
18                                   ) **FROM AUTOMATIC STAY**
                                     )
19                                   )
                                     ) Date:   11/18/09
20                                   ) Time:   10:00AM
                                     ) Ctrm:   3099
21                                   ) Place:  280 S. First Street
                                     )         San Jose, CA
22                                   )
                                     )
23                                   ) Judge:   Roger L. Efremsky
                                     )
24  _____)

25       The motion of Secured Creditor, EMC Mortgage Corporation as servicing agent for

26  Citibank N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II

27  Trust 2007-AR3 Mortgage Pass-Through Certificates Series 2007-AR3, assigns and/or

28  successors, ("Movant") for relief from the automatic stay came on regularly for hearing by the

29  Court on the date, time and place set forth above, before the Honorable Roger L. Efremsky.

Case: 09-50595   Doc# 38   Filed: 12/28/09   Entered: 12/28/09 15:48:44   Page 1 of 4

1  Movant, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by

2  Matthew B. Learned, Esq.  All other appearances are as noted in the court record.

3        Upon reading the papers and pleadings on file herein, and upon hearing oral argument

4  and based on the evidence presented, the Court rules as follows:

5        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

6  provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of

7  Movant in the real property commonly known as 2599 Lombard Avenue, San Jose, CA 95116.

8        IT IS FURTHER ORDERED that Movant may complete its foreclosure of said real

9  property and proceed with post-foreclosure remedies, including any unlawful detainer action, in

10 accordance with applicable law.

11       IT IS FURTHER ORDERED Movant, at its option, may offer, provide and enter into any

12 potential forbearance agreement, loan modification, refinance agreement or other loan

13 workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor

14 via telephone or written correspondence to offer such an agreement.  Any such agreement shall

15 be non-recourse unless included in a reaffirmation agreement.

16       IT IS FURTHER ORDERED The ten day stay described in Bankruptcy Rule 4001(a)(3)

17 is waived upon relief.

18                              ** END OF ORDER **

19

20

21

22

23

24

25

26

27

28

29

Case: 09-50595    Doc# 38    Filed: 12/28/09    Entered: 12/28/09 15:48:44    Page 2 of 4

# COURT SERVICE LIST

DEBTOR
Jesus Garcia
3293 Merrit Lane
San Jose, CA 95111

COUNSEL FOR DEBTOR
Ben E. Dupre
Dupre Law Firm
2005 De La Cruz Blvd., #203
Santa Clara, CA  95050

TRUSTEE
Devin Derham-Burk
P.O. Box 50013
San Jose, CA  95150-0013

SPECIAL NOTICE
GE Money Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Ave., Suite 1120
Miami, FL 33131-1605

JPMorgan Chase Bank, National Association
Attn: Bankruptcy Dept.
P.O. Box 24603
Columbus, OH 43219

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
1544 Old Alabama Road
Roswella, GA 30076

eCAST Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480

EMC Mortgage Corporation
Attn: Bankruptcy Dept.
P.O. Box 293150
Lewisville, TX 75029-3150

///

///

File No. CA09-23844
Court's Service List
Case No. 09-50595 E

Case: 09-50595   Doc# 38   Filed: 12/28/09   Entered: 12/28/09 15:48:44   Page 3 of 4

1   ATTORNEY FOR MOVANT
2   McCarthy & Holthus, LLP
    1770 Fourth Avenue
3   San Diego, CA 92101
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

4